UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LESLIE DAVIS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:12-CV-164 |
| § | |
| LIGHTHOUSE RECOVERY § | |
| ASSOCIATES, LLC, § | |
| § | |
| Defendant. § | |

### ORDER GRANTING MOTION FOR EXAMINATION OF JUDGMENT DEBTOR AND ORDER SETTING HEARING

On November 30, 2013, Hon. Nelva Gonzales Ramos entered default judgment against the defendant (D.E. 17). Pending is Plaintiff's Motion for Judgment Debtor Examination (D.E. 18). The motion was referred to undersigned United States Magistrate Judge. No response was filed. According to the Local Rules for the Southern District of Texas, failure to file a response is taken as a representation that the party is unopposed to the granting of the relief requested. LR7.4. Accordingly, the motion (D.E. 18) is GRANTED.

It is ORDERED that the Judgment Debtor Examination of Defendant, LIGHTHOUSE RECOVERY ASSOCIATES, LLC is hereby set for **Friday, April 5, 2013, at 9:00 a.m.** in the third floor courtroom of the United States District Court, Southern District of Texas, 1133 N. Shoreline Blvd., Corpus Christi, TX 78401. It is further ORDERED that Defendant produce the documents listed in Plaintiff's Motion for

Judgment Debtor Examination (D.E. 18) and submit these documents for inspection at the Judgment Debtor Exam.

In accordance with Federal Rule of Civil Procedure 30(b)(6), Defendant is hereby ORDERED to designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf to appear for the examination. Should Defendant's representative fail to appear for examination, undersigned United States Magistrate Judge may recommend to the District Court that the Defendant be held in civil contempt of court for failure to comply with a court order in accordance with Federal Rule of Civil Procedure 37(b), and issue such further orders as the nature of the case may require and as the Court may deem just and proper to compel obedience to and compliance with the orders and decrees of this Court.

ORDERED this 4th day of January, 2013.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE